UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON L. PIERCE,<br><br>                      Plaintiff,<br><br>  vs.<br><br>SPOKANE COUNTY JAIL, LT. VELOSKI, MICHEAL ASLIN and JAIL DENTIST,<br><br>                      Defendants. | NO: CV-12-060-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

     Magistrate Judge Hutton filed a Report and Recommendation on March 21, 2012, recommending Mr. Pierce's action be dismissed for failure to comply with the filing fee requirements. ECF No. 12. Specifically, Mr. Pierce failed to either pay the filing fee or to complete and file a financial affidavit as required by 28 U.S.C. § 1915(a)(1). Plaintiff had initiated this action while incarcerated but was subsequently released. There is no mechanism for collecting the filing fee in partial payment once a prisoner has been released from incarceration. 28 U.S.C. § 1915(b)(2).

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1

1  There being no objections, the Court **ADOPTS** the Report and

2  Recommendation.  This action is **DISMISSED WITHOUT PREJUDICE** for

3  failure to obey a Court Order to comply with the filing fee requirements of 28

4  U.S.C. §§ 1914(a) and 1915(a).

5  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

6  Order, enter judgment, forward a copy to Plaintiff and close the file.  The Court

7  certifies any appeal of this dismissal would not be taken in good faith.

8  **DATED** this 18th day of April 2012.

9

10         *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 2