AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BRANDON L. PIERCE,

                Plaintiff,

                v.

SPOKANE COUNTY JAIL, LT. VELOSKI,
MICHEAL ASLIN and JAIL DENTIST,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-060-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  This action is DISMISSED WITHOUT PREJUDICE for failure to obey a Court Order to comply with the filing fee requirements of 28 U.S.C. §§ 1914(a) and 1915(a).

April 18, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia
_____